PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (303) 844-6232
      E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY LAWRENCE STINEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Case No.: 2:24-cv-02125-CSK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty-two (32) days from December 5, 2024, up to and including January 6, 2025. This is the Defendant's first request for an extension.

    This matter was assigned on November 11, 2024. Based on a review of the record, undersigned counsel requires additional time to explore settlement options. Defendant apologizes to the Court for any inconvenience caused by this delay. Undersigned counsel contacted Plaintiff's counsel on December 5, 2024, and he had no objection to this request.

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                       Respectfully submitted,

Dated: December 5, 2024        /s/ *Francesco Benavides*\*
                                       (\*as authorized via e-mail on December 5, 2024)
                                       FRANCESCO BENAVIDES
                                       Attorney for Plaintiff

Dated: December 5, 2024        PHILLIP A. TALBERT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Social Security Administration

                               By:     /s/ *Noah Schabacker*
                                       NOAH SCHABACKER
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 6, 2025, to respond to Plaintiff's Motion for Summary Judgment.

DATED: December 23, 2024                                  
                                               HON. CHI SOO KIM
                                               UNITED STATES MAGISTRATE JUDGE

5. stin.2125.24